B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Wisconsin

In re  Harold L. DePew ,  Case No. 18-28038-beh

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | Ditech Financial LLC fka Green Tree Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial
1425 Greenway Drive, Ste 400
Irving, TX 75038

Court Claim # (if known): 5-1
Amount of Claim: $176,599.57
Date Claim Filed: 11/29/2018

Phone: _____
Last Four Digits of Acct #: 8743

Phone: 888-298-7785
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
BSI Financial
314 S. Franklin St. PO Box 517
Titusville, PA 16354

Phone: _____
Last Four Digits of Acct #: 8743

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Michael Holsen  Date: 05/24/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
CASE NO. 18-28038-beh

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Transfer of Claim was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  05/24/2019

Kirk M. Fedewa and Michael Rud
o.b.o. Debtor
courtemail@esserlaw.com

Scott Lieske
Trustee
ecf@chapter13milwaukee.com

U.S. Trustee
USTPRegion11.mi.ecf@usdoj.gov

Harold L. DePew
916 William St.
Walworth, WI 53184


/s/ Michael Holsen

# ASSIGNMENT 

Document Number

DOCUMENT#: 974940
Recorded: 09-07-2018 at 03:34 PM
DONNA R PRUESS REG OF DEEDS
WALWORTH COUNTY, WISCONSIN
Pages: 2 Fee Amount: $30.00

***The above recording information verifies this document has been electronically recorded and returned to the submitter***

When Recorded Return To:

B. Ferrito
Mission Global LLC
5701 E. Hillsborough Ave
Ste 2327
Tampa, FL 33610

Parcel ID No.

---

**THIS IS A STYLE "B" FORM UNDER WIS ACT 110 WITH 3X3 SPACE IN UPPER RIGHT CORNER**
Walworth, Wisconsin
Mission Global LLC - FNMA#          DEPEW" Investor's Loan #:          New Servicer's #
Date of Assignment: September 7th, 2018
Assignor: DITECH FINANCIAL LLC BY MISSION GLOBAL, LLC ITS ATTORNEY-IN-FACT at 345 ST. PETER STREET, SUITE 500, SAINT PAUL, MN 55102
Assignee: MTGLQ INVESTORS, LP at 2001 ROSS AVENUE, SUITE 2800, DALLAS, TX 75201

Executed By: HAROLD L. DEPEW AND SANDRA K. DEPEW, HUSBAND AND WIFE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR QUICKEN LOANS INC. "ITS SUCCESSORS AND ASSIGNS"
Dated: 10-25-2012 Recorded: 11-02-2012 as Instrument No. 850308, Book/Reel/Liber N/A, Page/Folio N/A In the County of Walworth, State of Wisconsin.

Property Address: 916 WILLIAM ST, WALWORTH, WI 53184

Legal: TAX ID NUMBER(S)

LAND SITUATED IN THE CITY OF WALWORTH IN THE COUNTY OF WALWORTH IN THE STATE OF WI

LOT 58, OAK KNOLLS OF WALWORTH ADDITION NO. 1, A RESUBDIVISION OF OUTLOT NO. 1 OF OAK KNOLLS OF WALWORTH, BEING A SUBDIVISION OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 22, TOWN 1 NORTH, RANGE 16 EAST, VILLAGE OF WALWORTH, WALWORTH COUNTY, WISCONSIN.

COMMONLY KNOWN AS: 916 WILLIAM STREET, WALWORTH, WI 53184

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $169,775.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

DITECH FINANCIAL LLC BY MISSION GLOBAL, LLC ITS ATTORNEY-IN-FACT
On September 7th, 2018

By: _____
Jennifer Grenier, Vice President

STATE OF Florida
COUNTY OF HILLSBOROUGH

On September 7th, 2018, before me, Rina Abreu, a Notary Public in and for HILLSBOROUGH in the State of Florida, personally appeared Jennifer Grenier, Vice President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Rina Abreu
Notary Expires: 9/13/2021  #GG 142813


RINA ABREU
Notary Public – State of Florida
Commission # GG 142813
My Comm. Expires Sep 13, 2021
Bonded through National Notary Assn.

ASSIGNMENT Page 2 of 2

Prepared By: B. Ferrito, Mission Global LLC 5701 E. Hillsborough Ave, Ste 2327  Tampa, FL, 33610 (813) 663-6777